TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
SCOTT BLAKE MILLER

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

UNITED STATES OF AMERICA,                    No. 10-CR-0433-KJM

          Plaintiff,                         REQUEST AND [PROPOSED] ORDER
                                             TO EXONERATE BOND AND TO
vs.                                          RECONVEY REAL PROPERTY

SCOTT BLAKE MILLER,

          Defendant.

_____/

          Based upon the confirmation that Defendant Scott Blake Miller has

surrendered to the Bureau of Prisons to commence serving his sentence (Dkt #111), it

is hereby requested that his appearance be exonerated and that deed of trust posted

with the Clerk of this Court to secure that bond be re-conveyed forthwith.

Dated: March 19, 2013


                                   _____/s/_____
                                   TED W. CASSMAN,
                                   Attorney for Defendant
                                   SCOTT BLAKE MILLER

ORDER

Good cause appearing, it is so ordered.

DATED: March 21, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
miller0433.ord.re.exonerate.bond,